# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| AHBANC AUTOMOTIVE, LLC, and RASHMI SAHOO | § § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-670-S-BK |
| MEINEKE REALTY, INC. | § § | |

### ORDER

This Order addresses the Stipulation Regarding Dismissal Pursuant to Fed. R. Civ. P. 41 filed by Abhanc Automotive, LLC, Rashmi Sahoo, Anam Sahoo, Econo Lube N' Tune, LLC, Meineke Franchisor SPV LLC, Econo Lube Franchisor SPV LLC, and Meineke Realty, Inc. [ECF No. 35] and the Stipulation Regarding Dismissal of Entire Action Pursuant to Fed. R. Civ. P. 41 filed by Econo Lube N' Tune, LLC, Meineke Franchisor SPV LLC, Econo Lube Franchisor SPV LLC, Ashequs Samad, and ABR Motors, LLC [ECF No. 36] (collectively, "Stipulations"). The Stipulations each contain a request that this Court enter an order dismissing the parties' claims with prejudice. Upon review and consideration of the Stipulations and the requests contained therein, the Court **GRANTS** the motion for dismissal. All claims that the parties asserted, or could have asserted, against each other in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorneys' fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED January 27, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**